**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1730**

---

PETER C. PIRON,

Plaintiff - Appellant,

versus

CENTRAL INTELLIGENCE AGENCY, McLean, VA; LEE
S. STRICKLAND,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-01-321-3)

---

Submitted:  September 20, 2001       Decided:  September 26, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Peter C. Piron, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter C. Piron appeals from the district court's order dismissing as frivolous his action against the Central Intelligence Agency. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Piron v. Central Intelligence Agency, No. CA-01-321-3 (E.D. Va. May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED